USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUDGE BUCHWALD
DOC #:_____
DATE FILED: 03/24/2016

Buchwald

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

............................................................x

GLISPA GMBH

                 Petitioner

     v.

CUPCAKE DIGITAL, INC.

                 Respondent

............................................................x

Civil Action No. **16 CV 2154**

**ORDER TO SHOW CAUSE FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION PURSUANT TO CPLR 7502(c)**

UPON the annexed Petition for an *Ex Parte* Order of Attachment in Aid of Arbitration, dated March 23, 2016, pursuant to Rule 64 of the Federal Rules of Civil Procedure and Articles 62 and 75 of the New York Civil Practice Law and Rules ("CPLR"), the Memorandum of Law in support thereof, dated March 23, 2016, and the Declaration of Thorsten Schmidt, Esq. dated March 23, 2016, and exhibits annexed thereto, wherein ~~it appears that~~ a cause of action for a money Judgment ~~exists~~ in favor of Petitioner glispa GmbH ("Glispa") and against Respondent Cupcake Digital, Inc. ("Cupcake" or "Respondent") for the sum of $158,506.20 plus interest thereon in the approximate amount of $12,217.14 plus $35.38 for each additional day of default *is asserted and it further asserted* in the current amount of $170,723.34, ~~and~~ that Petitioner is entitled to recover that sum over all counterclaims known to it, plus costs and disbursements, *wherein* ~~and it being further shown by the Petition and supporting papers that the~~ Petitioner *maintains that it* is entitled to an Order of Attachment against the property of the Respondent pursuant to CPLR 6211 (a), 6212(21) and 7502(c), it is

**ORDERED**, that the above named Respondent show cause before a motion term of this Court, at Room 2270, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on *March*, 31, at 10:30 o'clock in the *morning* ~~noon~~ thereof, or as soon

thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 64 of the

Federal Rules of Civil Procedure and Articles 62 and 75 of the New York CPLR attaching

respondent's property during the pendency of this action from; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of

plaintiff's application for an order of attachment against the property of the Respondent pursuant

to CPLR 6211 (a), 6212(21) and 7502(c), and it is further

ORDERED that Petitioner shall post a bond in the amount of $_____ as security,

within ten (10) business days of this Order; and it is further

ORDERED, that the amount to be secured by this Order of Attachment, including any

interest and costs, shall be $170,723.34, and it is further

ORDERED, that the United States Marshall for the Southern District of New York or

any person appointed to act in his or her place and stead shall levy within this Court's

jurisdiction upon Cupcake's equipment and accounts receivable from sales of apps and games

for the purpose of securing and satisfying the aforesaid sum of $170,723.34, by serving a copy of

this Order by Federal Express and certified or registered mail, return receipt requested, and it is

further

ORDERED, that Petitioner shall move within 5 days after levy on Respondent for an

Order confirming this Order of Attachment, and it is further

ORDERED that service of a copy of ~~this Order of Attachment and~~ the *se* papers ~~upon~~
*Shall be served in person and by hand* *4 p.m. this afternoon*
~~which it is granted by Federal Express~~ upon Respondent no later than ~~two (2) business days~~ after
*( March 24, 2016 )*
~~the date hereof, shall be deemed good and sufficient service.~~ *, and it is further*

SO ORDERED.

Dated: New York, New York
March 24, 2016

_____
United States District Judge

*ORDERED that any answering papers be filed no later
Than 3:30 pm on March 29, 2016 with two (2) courtesy copies
delivered to chambers at the same time, and it is further
ORDERED That any reply papers be filed no later Than 1 pm. on
March 30, 2016 with two (2) courtesy copies delivered to chambers
at the same time.*